**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE DIMAS GUTIERREZ CHACON,
individually and on behalf of others similarly
situated,

                      Plaintiff,                        17 CIVIL 1037 (ER)

        -against-                         **JUDGMENT**

P&S SELECT FOODS, INC., P&S SELECT
MEATS INC. d/b/a P&S Select Foods, RAY
MILLAN SR., GARY LANGSAM, ANTHONY
MILLAN, and RAY MILLAN JR.,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2019, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         November 20, 2019

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                            BY:
                                                   Deputy Clerk